# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A.,<br><br>Plaintiff,<br><br>v.<br><br>TECHSMITH CORPORATION, a Michigan corporation,<br><br>Defendant. | CASE NO.: 6:12-cv-01013(consolidated)<br>6:12-cv-01018 (member) |

# ORDER

The court has considered Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A (collectively, "Uniloc") and Defendant TechSmith Corporation ("TechSmith") Joint Stipulation of Voluntary Dismissal With Prejudice and is of the opinion that the Stipulation be APPROVED.

Accordingly, it is Ordered that:

1. Any and all claims and/or counterclaims by Uniloc and TechSmith against one another are dismissed with prejudice from the above captioned action(s) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), subject to the terms of the Parties' confidential Settlement, Release and Patent License Agreement, with an effective date of December 22, 2016.

2. Uniloc and TechSmith shall each bear their own attorney's fees, expenses and costs.

3. Uniloc's complaint as to all other defendants is not impacted by this stipulation and dismissal.

**SIGNED this 5th day of January, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE